UNITED STATES of America, Plaintiff–Appellee

v.

Amado TOBAR, Defendant–Appellant.

No. 15–10245
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Dec. 14, 2015.

Roderick S. Deus, Law Offices of Rod Deus, LLC, New Orleans, LA, for Plaintiff.

James L. Nelson, John Joseph Gaupp, United States Attorney's Office, Baton Rouge, LA, for Defendant.

Before KING, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Amado Tobar has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Tobar has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Tobar's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

1. *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971).

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.